# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00530-CV

**Karrie Key, Appellant**

**v.**

**Tiffany Condominium Owners Association, Inc., Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-25-004160, THE HONORABLE MARTHA JAMISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Karrie Key has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed on Appellant's Motion

Filed: October 2, 2025